UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA GOODMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>CLARIFAI, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 22-cv-02280 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Debra Goodman hereby dismisses this action without prejudice. In support, Plaintiff states as follows:

1.    Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2.    Plaintiff filed this case on March 21, 2022, and Defendant Clarifai, Inc. has not answered the complaint or moved for summary judgment.

3.    As such, Plaintiff dismisses this action without prejudice. This dismissal has no effect on the claims of any absent, putative class members.

                                                                Respectfully submitted,

                                                                 **DEBRA GOODMAN**,

Dated: May 2, 2022                            By: /s/ *Benjamin R. Osborn*
                                                                *One of Plaintiff's Attorneys*

                                                                  Benjamin R. Osborn
                                                                  ben@benosbornlaw.com
                                                                  LAW OFFICE OF BENJAMIN R. OSBORN

102 Bergen Street
Brooklyn, New York 11201
Tel: 347.645.0464

J. Eli Wade-Scott*
ewadescott@edelson.com
Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admission *pro hac vice* to be sought